UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
DAVID F. ADAM, et al., :
:
                Plaintiffs, :
: 19-CV-5664 (VSB)
    -against- :
: **ORDER**
GCT NEW YORK LP, JAMES TIGHE, :
:
                Defendants. :
:
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/12/2019

VERNON S. BRODERICK, United States District Judge:

    The Clerk of the Court has entered a Certificate of Default in this matter. (Docs. 19, 20.) Plaintiffs are directed to my Individual Rule 4.H governing default judgments and ORDERED to take action in this case within thirty (30) days.

    SO ORDERED.

Dated: December 12, 2019
       New York, New York

                                            Vernon S. Broderick
                                            United States District Judge