UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
:
MICHAEL ANGELOS *as Trustees of the* :
*Management-ILA Managed Health Care* :
*Trust Fund*, et al., :
: 19-cv-5664 (VSB)
: 
                                    Plaintiffs, :
: **ORDER**
           -against- :
:
GCT NEW YORK LP, JAMES TIGHE, :
:
                                    Defendants. :
:
---------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/16/2019__

VERNON S. BRODERICK, United States District Judge:

On December 13, 2019, Defendants moved to vacate the certificates of default entered on December 11, 2019. Accordingly, it is hereby:

ORDERED that Plaintiff shall file any opposition to Defendants' motion or advise the Court that it does not oppose Defendants' motion no later than December 27, 2019.

SO ORDERED.

Dated: December 16, 2019
       New York, New York

*[signature]*
Vernon S. Broderick
United States District Judge